UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:26-cv-00273

**Kevin Kohute,**
*Plaintiff,*
v.
**D.C. Mayor Pardon Office,**
*Defendant.*

# ORDER

Plaintiff filed this civil rights action in the District of Nevada, and the case was transferred to this court for proper venue. Doc. 3. Plaintiff has filed many frivolous lawsuits in this court. The court previously imposed sanctions requiring plaintiff to file any future lawsuits through a licensed attorney enrolled to practice in the Eastern District of Texas, and requiring plaintiff to pay the full filing fee at the outset of any future case. *Kohute v. National Rifle Association*, No. 6:24-475 (E.D. Tex. Jan. 29, 2025). The court referred the case to a magistrate judge, who recommended that this action be dismissed with prejudice because plaintiff failed to comply with this court's sanctions. Doc. 5 at 1. Plaintiff did not file timely objections.

When there have been no timely objections to a report, or the objections are improper, "the court need only satisfy itself that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b), advisory committee's notes to 1983 amendment.

Having reviewed the record and being satisfied that there is no clear error, the court accepts the report's findings and recommendations. The above-styled civil action is dismissed with prejudice for failure to comply with prior sanctions imposed by this court. Any pending motions are denied as moot.

*So ordered by the court on September 17, 2026.*

J. CAMPBELL BARKER
United States District Judge